UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B ASSET MANAGER, *et al.*,

    Plaintiffs,

v.

SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA,

    Defendant.

Case No. 1:19-cv-04487-JSR

SDN\
MENT\
ONICAL\
2/18/20

### [PROPOSED] ORDER

In September 2019, this Court approved SHIP's deposit of $519,252.81 in the Court's Registry. ECF 50. The Court subsequently vacated that Order, stating "the supersedeas bond posted by SHIP – in the amount of $519,252.81 and as approved by this Court on September 22, 2019 – [shall] be fully and unconditionally released and discharged." ECF 61. SHIP now requests return of the $519,252.81 deposit, including any interest accrued, and Plaintiffs do not oppose. The Court approves SHIP's request. In accordance with 28 U.S.C. § 2042, the Court **ORDERS** the Clerk of Court to return to SHIP the initial deposit of $519,252.81, plus any interest that has accrued, less any administrative fees incurred.

SO ORDERED.

Dated: New York, NY\
      February 14, 2020

                              Jed S. Rakoff, U.S.D.J.