UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PLATINUM-BEECHWOOD LITIGATION, | No. 1:18-cv-06658-JSR |
| SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>-v-<br><br>BEECHWOOD RE LTD. et al.,<br><br>Defendants. | No. 1:18-cv-06658-JSR |
| B ASSET MANAGER, L.P. et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA,<br><br>Defendant. | No. 1:19-cv-04487-JSR |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon consideration of the Motion to Withdraw Appearance of Stacey P. Eilbaum as counsel for B Asset Manager, LP, B Asset Manager II, LP, BAM Administrative Services LLC, Beechwood Bermuda International, Ltd., Beechwood Re Holdings, Inc., Beechwood Re Investments, LLC, Illumin Capital Management, LP, Moshe M. Feuer, Scott A. Taylor, and Dhruv Narain (together, "Beechwood") in the above-captioned actions (ECF No. 1080) (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of the Court is

directed to relieve Ms. Eilbaum as counsel for Beechwood, remove her appearances from the dockets in the consolidated actions, and remove her name from the ECF distribution lists.

**SO ORDERED**.

Dated: This 21st day of August, 2023

                                                                 Jed S. Rakoff
                                                                  United States District Judge